AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>MARCUS LAWRENCE WEBER<br><br>_____<br>*Defendant(s)* | )<br><br>)<br>)<br>)<br>) |

FILED

**Mar 23, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No.    2:22-mj-0047 DB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 16, 2022 _____ in the county of _____ Placer _____ in the

_____ Eastern _____ District of _____ California _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Gregory Richardson, attached hereto and incorporated by reference.

☒  Continued on the attached sheet.

/s/ Gregory Richardson
_____
*Complainant's signature*

Special Agent Gregory Richardson, FBI
_____
*Printed name and title*

Sworn to me and signed via telephone.

Date:  _____ 03/23/22 _____

City and state:  _____ Sacramento, California _____

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1    **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

2        I, Federal Bureau of Investigation Special Agent Gregory Richardson, being duly sworn, hereby

3    depose and state:

4        1.    I submit this Affidavit in support of an arrest warrant for and a criminal complaint against

5    Marcus Lawrence Weber (hereinafter **Weber**) for a violation of 18 U.S.C. § 922 (g)(1) - Possession of a

6    firearm by a convicted felon.

7                                    **BACKGROUND AND EXPERTISE**

8        2.    I am a special agent with the Federal Bureau of Investigation (the "FBI") and have been

9    since October 2021. I am currently assigned to the FBI's Sacramento Division, Violent Crime Safe

10   Streets Task Force. I have been assigned to this squad since 2021. I was trained as an FBI special agent

11   at the FBI Academy in Quantico, Virginia.

12       3.    During the course of my employment as an FBI special agent, I have participated in

13   numerous criminal investigations.  I have also participated in numerous investigations involving the use

14   of federal and state search warrants to collect evidence, including firearms and controlled substances, the

15   seizure of narcotics-related records, and other types of evidence that document the activities of criminal

16   organizations in both the manufacturing and distribution of controlled substances and weapons.  To

17   successfully conduct these investigations, I have utilized a variety of investigative techniques and

18   resources including physical and electronic surveillance, various types of infiltration (including

19   informants and confidential human sources), pen register and trap and trace devices, GPS and telephone

20   tracking devices, audio and audio/video recording devices.

21       4.    I am an "investigative or law enforcement officer" of the United States within the

22   meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to

23   conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

24       5.    Because I am submitting this affidavit for the limited purpose of establishing probable

25   cause for the requested complaint and arrest warrant, I have not included each and every fact known to

26   me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable

27   cause. This affidavit is based upon my own personal knowledge and upon the knowledge of other law

28   enforcement officers involved in this investigation. Where I describe statements made by other people

AFFIDAVIT                                        1

1  (including other special agents and law enforcement officers), the statements are described in sum,

2  substance, and relevant part. Similarly, where I describe information contained in reports and other

3  documents or records in this affidavit, this information is described in sum, substance, and relevant part.

4                          **STATEMENT OF PROBABLE CAUSE**

5          6.        A review of **Weber**'s criminal history shows he has previously been convicted of the

6  following two felonies:

7                  a)        March 2018: Felony conviction - Possession for sale of a controlled substance, in

8                            violation of California Health and Safety Code Section 11378; and

9                  b)        June 2021: Felony conviction - Carrying a concealed firearm, in violation of

10                           California Penal Code Section 25400 (a)(1).

11  **Weber** also has a May 2017 misdemeanor conviction for manufacture, sale, or possession of metal

12  knuckles, in violation of California Penal Code Section 21810. **Weber** is currently pending adjudication

13  of three separate cases in Sacramento County:

14                 a)         Assault with a firearm, in violation of California Penal Code Section 245 (A)(2),

15                            Case #21FE011614;

16                 b)        Two counts of possession for sale of a controlled substance, in violation of

17                           California Health and Safety Code Section 11378, Case #21FE000785; and

18                 c)        Possession of a firearm by a convicted felon, in violation of California Penal Code

19                           Section 29800 (A)(1), Case #21FE019593.

20  **Weber** is currently on state formal/searchable felony probation.

21         7.        According to the relevant Sacramento Police Department reports, on March 16, 2022,

22  officers with Sacramento Police Department's gang enforcement team located **Weber** in the area of

23  East Roseville Parkway, Roseville, California. He was driving a gray Kia vehicle and officers observed

24  R.B. in the passenger seat. Knowing **Weber** to be the subject of multiple felony warrants, officers

25  decided to initiate a traffic stop and effect his arrest. When officers in marked patrol units activated their

26  emergency lights, **Weber**'s vehicle first stopped for several seconds, then accelerated away from the

27  marked units and passed another vehicle in an unsafe manner. The vehicle stopped after several hundred

28  yards. **Weber** exited via the driver's door of the vehicle and fled on foot from officers.

AFFIDAVIT                                                   2

8.     Officers observed that **Weber** was wearing a black ski mask that covered his face. He dropped a firearm and stopped in heavy brush in a creek bed. Officers ordered **Weber** out of the creek bed and placed him in custody. Officers then located the firearm **Weber** had dropped and identified it as a Ruger 5.7 semi-automatic pistol bearing serial number 64323189. The pistol contained an extended magazine containing approximately 11 rounds of 5.7x28mm ammunition.  The firearm contained a live round in the chamber.

9.     An officer used a Sacramento Police Department *Miranda* card to advise **Weber** of his rights.  Weber advised he understood his rights and decided to speak with the officer. With regards to the firearm, **Weber** claimed he carried one for protection. The officer told **Weber**, "You have four felony warrants. You just ran from police and tossed a gun." **Weber** responded, "I know, but I didn't kill nobody." Officers booked **Weber** into Placer County Jail for violations of California Penal Code sections 29800 (a)(1), possession of a firearm by a felon, 30305 (a), possession of ammunition by a prohibited person, 148 (a)(1), resisting a peace officer, 25300 (a), possession of a firearm in a public place or on a public street while masked, and California Vehicle Code section 2800.1, fleeing from a peace officer while operating a motor vehicle.

10.     Based upon consultation with an interstate nexus expert from the Bureau of Alcohol, Tobacco, and Firearms, I know that this firearm was not manufactured in the State of California.

### CONCLUSION

11.     Based on the above information, I believe there is probable cause to believe that Marcus Lawrence Weber, a convicted felon, possessed a firearm on March 16, 2022, in violation of 18 U.S.C. § 922 (g)(1).  Accordingly, based upon the foregoing, I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant for **Weber**.

//

//

//

AFFIDAVIT

3

12.    I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

/s/ Gregory Richardson

Gregory Richardson
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by telephone on: ___03/23/2022___

/s/ Adrian T. Kinsella

_____
Approved as to form by AUSA ADRIAN T. KINSELLA

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT

4

## United States v. MARCUS LAWRENCE WEBER
### Penalties for Criminal Complaint

### COUNT 1:

VIOLATION:        18 U.S.C. § 922(g) - Felon in possession of firearm

PENALTIES:        Maximum of 10 years in prison,
A fine of up to $250,000 fine, or both,
A term of Supervised Release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)