PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS LAWRENCE WEBER,<br><br>Defendant. | CASE NO. 2:22-CR-00069-JAM<br><br>UNITED STATES' MEMORANDUM REGARDING THE DEFENDANT'S CHANGE OF PLEA<br><br>DATE: April 19, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

The defendant is charged in the indictment with a single count of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm. ECF No. 8. The defendant was arraigned on this indictment on April 12, 2022. ECF No. 13. During that hearing, the defense requested that the matter be set for a change of plea on April 19, 2022. The United States offers this memorandum in advance of this change of plea.

I. **ELEMENTS OF THE OFFENSE**

At a trial, the government would have to prove beyond a reasonable doubt the following elements of the offense to which the defendant is pleading guilty:

1. The defendant knowingly possessed a firearm,

2. the firearm had been shipped or transported from one state to another,

3. at the time the defendant possessed the firearm, he had been convicted of a crime

    punishable by imprisonment for a term exceeding one year, and

4. the defendant knew he had been convicted of such a crime.

## II. MAXIMUM SENTENCE

### A. Maximum penalty

The maximum sentence that the Court can impose is up to 10 years in prison, a fine of $250,000, a three-year period of supervised release, and a special assessment of $100.

### B. Violations of Supervised Release

If the defendant violates a condition of supervised release at any time during the term of supervised release, the Court may revoke the term of supervised release and require the defendant to serve up to two years of additional imprisonment.

## III. FACTUAL BASIS

If this matter proceeded to trial, the United States would establish the following facts beyond a reasonable doubt. The government and the defense intend to jointly stipulate to this factual basis at the change of plea.

On or about March 16, 2022, in Placer County and within the State and Eastern District of California, Marcus Lawrence Weber knowingly possessed a Ruger 5.7 pistol, Serial Number 64323189 ("the firearm"). The firearm was manufactured in Arizona, and was therefore transported in interstate commerce. At the time Weber possessed the firearm, he knew he had been previously convicted of the felonies listed in the indictment, and that both of these offenses were punishable for a term exceeding one year.

Dated: April 14, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Adrian T. Kinsella
ADRIAN T. KINSELLA
Assistant United States Attorney