| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | MARCUS LAWRENCE WEBER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00069-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **TO CONTINUE SENTENCING HEARING** |
| vs. | ) |
| | ) Date: August 30, 2022 |
| MARCUS LAWRENCE WEBER, | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Adrian Kinsella, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Marcus Lawrence Weber, that the sentencing hearing currently set for August 2, 2022, be continued to August 30, 2022, at 9:30 a.m.

This continuance is requested due to defense counsel's anticipated absence from the office and lack of access to internet service between July 14 and July 20, 2022. The continuance will ensure that defense counsel is able to lodge all appropriate filings in accordance with the presentence schedule and complete preparation for the sentencing hearing. The requested continuance will also allow Mr. Weber and the defense team sufficient time to gather additional records relevant to the Court's consideration of the sentencing factors enumerated at 18 U.S.C. §

3553(a), and to provide them to counsel for the United States and to the probation officer. The parties have conferred with the assigned probation officer, who agrees with the requested continuance and is available on August 30, 2022.

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Presentence Report Due: | August 2, 2022 |
| Formal Objections to Presentence Report Due: | August 16, 2022 |
| Reply or Statement of Non-Opposition Due: | August 23, 2022 |
| Judgment and Sentencing: | August 30, 2022 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 8, 2022        /s/ Megan T. Hopkins
                          MEGAN T. HOPKINS
                          Assistant Federal Defender
                          Attorney for Defendant
                          MARCUS LAWRENCE WEBER


Date: July 8, 2022        PHILLIP A. TALBERT
                          United States Attorney

                          /s/ Adrian Kinsella
                          ADRIAN KINSELLA
                          Assistant U.S. Attorney
                          Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation as its order. The sentencing hearing currently set for August 2, 2022, is continued to **August 30, 2022, at 9:30 a.m.** The PSR schedule is hereby modified as set forth above.

**IT IS SO ORDERED.**

Date: July 8, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE