PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00069-JAM |
|---|---|
| Plaintiff, | NOTICE OF REQUEST TO SEAL GOVERNMENT'S EXHIBITS 3 & 5 OF ITS OBECTION TO PRESENTENCE REPORT (ECF NO. 23) AND REQUEST TO SEAL DOCUMENTS |
| v. | |
| MARCUS LAWRENCE WEBER, | |
| Defendant. | |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Adrian T. Kinsella, provides notice that it is requesting to file under seal the United States' Exhibits 3 & 5 of its Obection to Presentence report (ECF No. 23), filed with the Court in connection with the criminal prosecution of the defendant, based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents. The government respectfully requests that this document remain under seal until further Order of the Court. The aforementioned documents were electronically transmitted to the Court on August 17, 2022. Copies of the documents were served on the parties on this same date.

Dated: August 17, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney