The Honorable Judge Mendez,

I would like to come to you in the fullest extent of respect and acknowlegment of you being the Judge and overseer of this case. I'm here in front of you today because of a poor decision I made in life. I'm far from a perfect young man and I cannot blame anybody but myself for the predicament I am in. I let my family down and I'm ashamed of the situation at hand. I was raised in an unhealthy environment that caused me to think that nobody can help me. I'm here now at this moment asking to be helped. I've had my problems in the past but never been given the oppurtunity to be assigned to a program to redirect me down the right path. I want to be redirected to a better path in life. I can honestly say that this is not it for me. This month has also been one of the most toughest and challenging times of my life. My two children ages (2), (5) have been taken into Child Protective Services Custody this last week. Not being able to be there for them eats me up inside. I've always played my role, as a parent and standup father in they're life. I'm hoping that I can be re-united with them as soon as possible. I do have my regrets in life, the biggest of all is my children having to suffer the consequenses of my foolish decision. My children are in need of they're father. The time I have spent in custody gave me the time to realize, I do intend to make something better of myself upon my release from Federal custody. I'm asking that my

case be reviewed. It is my sincerest hope and desire to be judged and sentenced according to what seems the most effective for my rehabilitation. I thank you for the time that you took out to read this letter, as well as the time that you sacrificed to preside over this case.

    Sincerely

Marcus Weber