PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS LAWRENCE WEBER,<br><br>Defendant. | CASE NO. 2:22-CR-00069-JAM<br><br>NOTICE OF REQUEST TO SEAL GOVERNMENT'S UNREDACTED SENTENCING MEMORANDUM AND EXHIBITS AND REQUEST TO SEAL DOCUMENTS |

Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Adrian T. Kinsella, provides notice that it is requesting to file under seal the United States' unredacted Sentencing Memorandum and Exhibits, filed with the Court in connection with the criminal prosecution of the defendant, based upon the concerns articulated in the government's Request to Seal Documents; and (2) a Request to Seal Documents. The government respectfully requests that this document remain under seal until further Order of the Court. The government will file a redacted version of the Sentencing Memorandum and Exhibits that will be available to the public.

//

//

//

NOTICE OF REQUEST TO SEAL AND REQUEST TO SEAL DOCUMENTS

1

1  The aforementioned documents were electronically transmitted to the Court on August 23, 2022. Copies
2  of the documents were served on the parties on this same date.

3  Dated: August 23, 2022              PHILLIP A. TALBERT
                                       United States Attorney
4
                                   By: /s/ ADRIAN T. KINSELLA
5                                      ADRIAN T. KINSELLA
                                       Assistant United States Attorney