PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MARCUS LAWRENCE WEBER,<br><br>               Defendant. | CASE NO.  2:22-CR-00069-JAM<br><br>UNITED STATES' SENTENCING MEMORANDUM; EXHIBITS<br><br>DATE: August 30, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**EXHIBIT 5:**
**Discovery Excerpts Related to Weber's Pending Probation Violation Case**

PFR-1

Sacramento County Probation Department

☐ 3201 Florin-Perkins Road, Sacramento, CA 95826
☐ 711 E Street, Sacramento, CA 95814
☐ 1215 Del Paso Blvd., Sacramento, CA 95815
☐ 7300 Lincolnshire Drive, Sacramento, CA 95823
☒ 8745 Folsom Blvd., Sacramento, CA 95826

TELEPHONE NO.: (916) 875-0300     FAX NO.(Optional): (916) 875-0203
E-MAIL ADDRESS (Optional):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO

STREET ADDRESS: 720 9th Street
CITY/ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

IN THE MATTER OF (name of supervised person):
MARCUS WEBER                              Date of birth: 9/3/1995

| FOR COURT USE ONLY |
| --- |

**PETITION FOR REVOCATION**

☐ POST RELEASE COMMUNITY SUPERVISION
☒ PROBATION
☐ MANDATORY SUPERVISION

XREF:        4588640

COURT CASE NO:        21FE000785

## INSTRUCTIONS
• Before filing this form, petitioner should consult local rules and court staff to schedule the hearing in item 1.

**1. HEARING INFORMATION:** A hearing on this Petition for Revocation has been scheduled as follows:

Date:   July 9, 2021          Time:  3:00 PM                    Dept:  62 (Judge Michael A. Savage)
Location (if different than court address above):  651 I St., Sacramento, CA 95814

If an interpreter is needed, please specify the language:

**2. CUSTODY STATUS:** (Select one): ☐ Not in custody     ☒ In custody (specify location): Main Jail
Booking Number (if any):  10258716
**If Abscond**
Date Warrant Issued:                              Date of Arrest:

**3. CONVICTION INFORMATION:**
The above named defendant was granted two years probation with conditions by this Court on the date of June 17, 2021 upon conviction of violation of Section 11378 of the Health and Safety Code. Additionally, the defendant was sentenced to serve 150 days in the Sacramento County Jail.

**4. SUPERVISION INFORMATION:**
On June 17, 2021, the defendant was placed on probation with an expiration date of June 16, 2023.

**5. NEW CRIME ARREST DETAILS:**
On or about July 2, 2021, the Sacramento Police Department took a report #21-183689 that alleged the defendant violated Section(s) 245(A)(2), 273.5(A), and 422 of the Penal Code.

On or about July 7, 2021, the defendant was arrested for a violation of Section(s) 29800(A)(1), 30305, 148(A), and 1203.2 of the Penal Code, Sacramento County Probation Report #21-206295.  (Next Court Date 07/09/2021)

**6. SUMMARY OF CURRENT VIOLATION:**
Count 1: Contrary to his special condition of probation prohibiting the same, on July 7, 2021 the defendant was found to be in possession of a dangerous/deadly weapon, to wit a WEAPON as alleged in Sacramento County Sheriff's Report # 21-206295.

Count 2: Defendant failed to obey all laws. Sacramento Police Department report #21-183689.

Count 3: Defendant failed to obey all laws. Sacramento County Sheriff's report #21-206295.

Count 3: The defendant is in violation of PC 1546 as he refused to give his passcode for his phone as directed by a probation officer.

**7. SUMMARY OF PREVIOUS VIOLATIONS AND SANCTIONS:**
This is the defendant's firsts Violation of Probation on Docket 21FE000785.

**8. RISK OF RECIDIVISM AND RECOMMENDATION:**
☒ On July 7, 2021, the defendant submitted to an interview and an LS/CMI was conducted. The results of the assessment show the defendant to be at a High risk to reoffend. The defendant also showed low risk/needs in the areas of alcohol/drug problem and procriminal attitude/orientation; high risk/needs in the areas of criminal history, leisure/recreation, family/marital, education/employment and antisocial pattern; and very high risk/needs in the area of companions. A referral to an evidence-based treatment intervention targeting these areas may reduce his risk to commit future crime.

1 of 2

WEBER_SAC_PROBATION_00000001

PFR-1

Therefore, it is recommended that this Court find said defendant in violation of the conditions of Probation. Furthermore, if the defendant is found to be in violation of probation, it is recommended the defendant serve the maximum amount of custody time.

HEATHER FRISTOE
DEPUTY PROBATION OFFICER

MATTHEW MITCHELL
SUPERVISING PROBATION OFFICER

### CERTIFICATE OF SERVICE BY MAIL

I hereby certify that I served the foregoing Petition by mailing a copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Sacramento, California, on the date of 7/8/2021, and addressed to:

DEFENDANT TO BE SERVED AT TIME OF ARRAIGNMENT.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/8/2021      Name and Title of Server: HEATHER FRISTOE, DEPUTY PROBATION OFFICER

☒ Defendant in Custody and Jail notified      ☐ Defendant not in Custody

### COURT'S PROBABLE CAUSE FINDING AND ORDERS

The court *(select one)*:

☐ finds probable cause to support a revocation and preliminarily revokes supervision.

☐ does not find probable cause to support a revocation, vacates any hearing dates, and returns the supervised person to community supervision on the same terms and conditions. The supervising agency must notify the prosecutor, supervised person, and supervised person's counsel (if any) of the dismissal.

*FOR COURT USE ONLY*

Date: _____

JUDICIAL OFFICER

**PETITION FOR REVOCATION**
(Penal Code §§ 1203.2 and 3455)

www.courts.ca.gov

2 of 2

WEBER_SAC_PROBATION_00000002

| Sacramento County Probation Department | FOR COURT USE ONLY |
|---|---|
| ☐ 3201 Florin-Perkins Road, Sacramento, CA 95826<br>☐ 711 E Street, Sacramento, CA 95814<br>☐ 1215 Del Paso Blvd., Sacramento, CA 95815<br>☐ 7300 Lincolnshire Drive, Sacramento, CA 95823<br>☒ 8745 Folsom Blvd., Sacramento, CA 95826 | |

TELEPHONE NO.: (916) 875-0300          FAX NO.(Optional): (916) 875-0203
E-MAIL ADDRESS (Optional):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO**
STREET ADDRESS: 720 9th Street
CITY/ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

IN THE MATTER OF (name of supervised person):
MARCUS WEBER                            Date of birth: 9/3/1995

### PETITION FOR REVOCATION

☐ POST RELEASE COMMUNITY SUPERVISION
☒ PROBATION
☐ MANDATORY SUPERVISION

XREF:          4588640

COURT CASE NO:          21FE000785

### INSTRUCTIONS
• Before filing this form, petitioner should consult local rules and court staff to schedule the hearing in item 1.

**1. HEARING INFORMATION:** A hearing on this Petition for Revocation has been scheduled as follows:

Date:                      Time:                      Dept: ( )
Location (if different than court address above):

If an interpreter is needed, please specify the language:

**2. CUSTODY STATUS:** (Select one): ☒ Not in custody          ☐ In custody (specify location):
Booking Number (if any):
**If Abscond**
Date Warrant Issued:                              Date of Arrest:

**3. CONVICTION INFORMATION:**
The above named defendant was granted 2 years probation with conditions by this Court on the date of June 17, 2021 upon conviction of violation of Section 11378 of the Health and Safety Code.

**4. SUPERVISION INFORMATION:**
On June 17, 2021, the defendant was placed on probation with an expiration date of June 16, 2023.

**5. NEW CRIME ARREST DETAILS:**
On or about December 5, 2021, the defendant was arrested for a violation of Section(s) 422 of the Penal Code, Fresno Police Department Report #21-66629. The defendant brandished a firearm and threatened to kill his ex-girlfriend if she didn't give him the money she owed him. The victim was able to get away unharmed. The defendant was arrested a short time later, but no firearm was located. The defendant was booked into the Fresno County Jail and later released on bail.

**6. SUMMARY OF CURRENT VIOLATION:**
Count 1: Defendant violated General Condition #1, in that he failed to obey all laws.

Relative to Count 1: The defendant was arrested for a violation of Section 422 of the Penal Code, Fresno Police Department, report #21-66629. (Exhibit #1)

**7. SUMMARY OF PREVIOUS VIOLATIONS AND SANCTIONS:**
On July 9, 2021 a Violation of Probation was filed for the defendant's failure to obey all laws and for failure to follow reasonable directives of his Probation officer. Probation recommended the defendant serve a maximum amount of time in custody. The defendant was release from custody on August 29, 2021. The violation of Probation is pending and the defendant is scheduled to appear in court on December 14, 2021.

**8. RISK OF RECIDIVISM AND RECOMMENDATION:**
☒ On July 7, 2021, the defendant submitted to an interview and an LS/CMI was conducted. The results of the assessment show the defendant to be at a High risk of recidivism. The defendant also showed low risk/needs in the areas of alcohol/drug problem and procriminal attitude/orientation; high risk/needs in the areas of criminal history, leisure/recreation, family/marital, education/employment and antisocial pattern; and very high risk/needs in the area of companions. A referral to an evidence-based treatment intervention targeting these areas may reduce his risk to commit future crime.

WEBER_SAC_PROBATION_00000020

Therefore, it is recommended that this Court find said defendant in violation of the conditions of Probation. If the defendant is found to be in violation of his conditions of Probation, it is respectfully recommended the defendant serve a maximum amount of time in custody. In addition, it is respectfully recommended the defendant's conditions of Probation be modified to include Global Positioning Monitoring (GPS) at the Probation Officers discretion. The defendant claims to be transient and was arrested recently in Fresno County. Furthermore, the defendant was recently given permission to travel to Los Angeles with the condition he notify the Probation Officer of the hotel room number and he contact Probation upon his return to Sacramento. The defendant failed to comply with the directives of his Probation Officer.

BRIAN ROSSI
SENIOR DEPUTY PROBATION OFFICER

CASEY CURRY
SUPERVISING PROBATION OFFICER

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that I served the foregoing Petition by mailing a copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at Sacramento, California, on the date of 12/8/2021, and addressed to:

MARCUS WEBER, 2681 19TH AVE SACRAMENTO, CA. 95820

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/8/2021          Name and Title of Server:  BRIAN ROSSI, SENIOR DEPUTY PROBATION OFFICER

☐ Defendant in Custody and Jail notified          ☒ Defendant not in Custody

## COURT'S PROBABLE CAUSE FINDING AND ORDERS

The court *(select one)*:

☐ finds probable cause to support a revocation and preliminarily revokes supervision.

☐ does not find probable cause to support a revocation, vacates any hearing dates, and returns the supervised person to community supervision on the same terms and conditions. The supervising agency must notify the prosecutor, supervised person, and supervised person's counsel (if any) of the dismissal.

*FOR COURT USE ONLY*

Date:

_____
JUDICIAL OFFICER

**PETITION FOR REVOCATION**
(Penal Code §§ 1203.2 and 3455)

WEBER_SAC_PROBATION_00000021