PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARCUS LAWRENCE WEBER,<br><br>                Defendant. | CASE NO. 2:22-CR-00069-JAM<br><br>UNITED STATES' SENTENCING MEMORANDUM; EXHIBITS<br><br>DATE: August 30, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**EXHIBIT 5b:**
**Docket for Weber's Pending Probation Violation Case**

# Case Information

## ■ Case Information

**Defendant Name**
MARCUS WEBER

**Case Number**
21FE000785

**Filing Date**
01/14/2021

**Charge Document**
Complaint

**Case Status**
Disposed

**Court ID**
34100

## ■ Aliases

| First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| LIL | UZZY | MARCUS | |
| AKA | | UZZY MARCUS | |
| MARCUS | | WEBER | |
| MARCUS | LAWRENCE | WEBER | |
| UZZY | | WEBER | |

## ■ Future Hearings

| Date | Time | Dept. | Reason | Outcome |
|---|---|---|---|---|
| 09/06/2022 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | |

## ■ Hearing History

For information on how to request copies of a criminal file, choose one of the following links:
- For the Public and Non-Government Entities (https://www.saccourt.ca.gov/criminal/records.aspx)
- For the Government Agencies ONLY (https://www.saccourt.ca.gov/criminal/govt-agency-copy-requests.aspx)

**To request a court reporter transcript, you may click on the 'Request' button under 'Request Transcript'.**

**\*\* NOTE:** There is a cost associated with **court reporter transcripts**. When you request a court reporter transcript, you will be contacted by the court reporter regarding the cost and method of payment accepted.

| Date | Time | Dept. | Reason | Outcome | **Request Transcript |
|---|---|---|---|---|---|
| 08/02/2022 | 8:30 AM | 60 | | DROP HEARING | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=08%2F02%2F2022&eventTime= |
| 08/02/2022 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=08%2F02%2F2022&eventTime= |
| 06/21/2022 | 8:30 AM | 60 | | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=06%2F21%2F2022&eventTime= |
| 06/21/2022 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=06%2F21%2F2022&eventTime= |

| Date | Time | Dept. | Reason | Outcome | **Request Transcript |
|---|---|---|---|---|---|
| 05/17/2022 | 8:30 AM | 60 | | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=05%2F17%2F2022&eventTime= |
| 05/17/2022 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=05%2F17%2F2022&eventTime= |
| 04/19/2022 | 8:30 AM | 60 | | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=04%2F19%2F2022&eventTime= |
| 04/19/2022 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=04%2F19%2F2022&eventTime= |
| 03/28/2022 | 1:30 PM | 60 | | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=03%2F28%2F2022&eventTime= |
| 03/28/2022 | 1:30 PM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=03%2F28%2F2022&eventTime= |
| 12/17/2021 | 1:35 PM | 60 | TO ADMIT OR DENY PETN VIOL PROB | FAILED TO APPEAR | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=12%2F17%2F2021&eventTime= |
| 12/15/2021 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=12%2F15%2F2021&eventTime= |
| 12/14/2021 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=12%2F14%2F2021&eventTime= |
| 12/10/2021 | 4:00 PM | 62 | ARRAIGN ON PETN VIOL PROB | BENCH WARRANT | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=12%2F10%2F2021&eventTime= |
| 10/19/2021 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=10%2F19%2F2021&eventTime= |
| 08/31/2021 | 8:30 AM | 60 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=60&eventDate=08%2F31%2F2021&eventTime= |
| 07/28/2021 | 8:30 AM | 62 | COUNSEL INFORMATION | PD RELIEVED BY COURT | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=07%2F28%2F2021&eventTime= |
| 07/28/2021 | 8:30 AM | 62 | COUNSEL INFORMATION | RETAINED COUNSEL | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=07%2F28%2F2021&eventTime= |
| 07/28/2021 | 8:30 AM | 62 | TO ADMIT OR DENY PETN VIOL PROB | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=07%2F28%2F2021&eventTime= |
| 07/09/2021 | 3:00 PM | 62 | | DROP HEARING | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=07%2F09%2F2021&eventTime= |
| 07/09/2021 | 3:00 PM | 62 | ARRAIGN ON PETN VIOL PROB | CONTINUED TO ADMIT OR DENY VIOLATION OF PROBATION | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=07%2F09%2F2021&eventTime= |
| 07/09/2021 | 3:00 PM | 62 | COUNSEL INFORMATION | PD APPOINTED - VIOLATION OF PROBATION | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=07%2F09%2F2021&eventTime= |
| 07/09/2021 | 3:00 PM | 62 | FURTHER PROCEEDINGS | OTHER | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=07%2F09%2F2021&eventTime= |
| 07/09/2021 | 3:00 PM | 62 | JAIL INSTRUCTIONS | JAIL INSTRUCTIONS | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=07%2F09%2F2021&eventTime= |
| 06/25/2021 | 4:00 PM | 62 | | | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=06%2F25%2F2021&eventTime= |
| 06/17/2021 | 8:30 AM | 62 | BAIL ORDERED EXONERATED | BOND EXONERATED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=06%2F17%2F2021&eventTime= |

| Date | Time | Dept. | Reason | Outcome | **Request Transcript |
|---|---|---|---|---|---|
| 06/17/2021 | 8:30 AM | 62 | JUDGMENT & SENTENCE | DEFENDANT SENTENCED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=06%2F17%2F2021&eventTime= |
| 06/17/2021 | 8:30 AM | 62 | MOTION FOR DISMISSAL | MOTION GRANTED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=06%2F17%2F2021&eventTime= |
| 06/17/2021 | 8:30 AM | 62 | SETTLEMENT CONFERENCE | | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=06%2F17%2F2021&eventTime= |
| 06/17/2021 | 8:30 AM | 62 | SETTLEMENT CONFERENCE | CERTIFIED TO SUPERIOR COURT | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=06%2F17%2F2021&eventTime= |
| 06/17/2021 | 8:30 AM | 62 | SPECIAL NOTIFICATION TO JAIL (HAIRCUTS, DR'S APPT, ETC.) | SPECIAL NOTIFICATION TO JAIL (HAIRCUTS, DR'S APPT, ETC.) | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=06%2F17%2F2021&eventTime= |
| 05/20/2021 | 8:30 AM | 62 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=05%2F20%2F2021&eventTime= |
| 04/29/2021 | 8:30 AM | 62 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=04%2F29%2F2021&eventTime= |
| 03/25/2021 | 8:30 AM | 62 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=03%2F25%2F2021&eventTime= |
| 02/04/2021 | 4:00 PM | 62 | JAIL INSTRUCTIONS | JAIL INSTRUCTIONS | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=02%2F04%2F2021&eventTime= |
| 01/28/2021 | 8:30 AM | 62 | BAIL REVIEW | BAIL DECREASED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=01%2F28%2F2021&eventTime= |
| 01/28/2021 | 8:30 AM | 62 | SETTLEMENT CONFERENCE | CONTINUED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=01%2F28%2F2021&eventTime= |
| 01/14/2021 | 3:00 PM | 62 | | DROP HEARING | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=01%2F14%2F2021&eventTime= |
| 01/14/2021 | 3:00 PM | 62 | ARRAIGNMENT | ARRAIGNED | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=01%2F14%2F2021&eventTime= |
| 01/14/2021 | 3:00 PM | 62 | COUNSEL INFORMATION | RETAINED COUNSEL | Request (/PublicCaseAccess/Criminal/RequestCourtReporterTranscript?dept=62&eventDate=01%2F14%2F2021&eventTime= |