PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00069-JAM |
|---|---|
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM; EXHIBITS |
| v. | |
| MARCUS LAWRENCE WEBER, | DATE: August 30, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**EXHIBIT 6:**
**Discovery Excerpts Related to Weber's Possession of a Firearm on January 12, 2021**

ANNE MARIE SCHUBERT  SPD-21-10808
DISTRICT ATTORNEY
901 G STREET  TEAM: 62/TU (SCR)
SACRAMENTO, CA 95814  01/14/2021 (IC)
(916) 874-6218  XRef: 4588640

FILED
Superior Court of California
Sacramento
01/14/2021
Electronically Filed
Case Number:
21FE000785

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO

THE PEOPLE OF THE STATE OF CALIFORNIA,

vs.

MARCUS WEBER (10234583-01),

Defendant.

No.

FELONY COMPLAINT

The People of the State of California upon oath of the undersigned, upon information and belief complain against the defendant above named for the crime(s) as follows:

### COUNT ONE

On or about January 12, 2021, at and in the County of Sacramento, State of California, the defendant, MARCUS WEBER, did commit a felony, namely: a <u>violation of Section 11378 of the Health and Safety Code</u> of the State of California, in that said defendant did unlawfully possess for purpose of sale a controlled substance, to wit, METHAMPHETAMINE.

"Notice: Conviction of this offense will require you to register pursuant to Health and Safety Code Section 11590. Failure to do so is a crime pursuant to Health and Safety Code Section 11594."

It is further alleged that in the commission and attempted commission of the above offense the defendant, MARCUS WEBER, was personally armed with a firearm, within the meaning of Penal Code Section 12022(c).

1

\*1110562\*
1110562

WEBER_00000149

## COUNT TWO

For a further and separate cause of action, being a different offense from but connected in its commission as the charges set forth in Count One hereof: On or about January 12, 2021, at and in the County of Sacramento, State of California, the defendant, MARCUS WEBER, did commit a felony, namely: a <u>violation of Section 11370.1(a) of the Health and Safety Code</u> of the State of California, in that said defendant did unlawfully possess METHAMPHETAMINE while armed with a loaded, operable firearm, to wit, a loaded firearm.

"Notice: Conviction of this offense will require you to register pursuant to Health and Safety Code Section 11590.  Failure to do so is a crime pursuant to Health and Safety Code Section 11594."

## COUNT THREE

For a further and separate cause of action, being a different offense from but connected in its commission as the charges set forth in Counts One and Two hereof: On or about January 12, 2021, at and in the County of Sacramento, State of California, the defendant, MARCUS WEBER, did commit a felony, namely: a <u>violation of Section 29800(a)(1) of the Penal Code</u> of the State of California, in that said defendant did willfully and unlawfully own, possess and have custody and control of a firearm, to wit, a loaded firearm, the said defendant having therefore been duly and legally convicted of a felony, to wit, the crime of Concealed Firearm in Vehicle Not Registered With DOJ, in violation of Section 25400(a)(1) and (c)(6) of the Penal Code, on or about March 14, 2018, by and before the Superior Court of the State of California for the County of Sacramento, and the crime of Sale of a Controlled Substance, in violation of Section 11379(a) of the Health and Safety Code, on or about March 14, 2018, by and before the Superior Court of the State of California for the County of Sacramento.

## COUNT FOUR

For a further and separate cause of action, being a different offense from but connected in its commission as the charges set forth in Counts One through Three hereof: On or about January 12, 2021, at and in the County of Sacramento, State of California, the defendant, MARCUS WEBER, did commit a felony, namely: a violation of Section 273a(a) of the Penal Code of the State of California, in that said defendant did willfully and unlawfully, under circumstances likely to produce great bodily harm and death, injure, cause, and permit a child, ▮▮▮▮ DOE, (age 10 months), and ▮▮▮▮ DOE, (age 2 years), to suffer and to be inflicted with unjustifiable physical pain and mental suffering, and, having the care and custody of said child, injure, cause, and permit the person and health of said child to be injured and did willfully cause and permit said child to be placed in such situation that his/her person and health was endangered.

I declare upon information and belief and under penalty of perjury that the foregoing is true and correct.

Executed at Sacramento County, California, the 14th day of January, 2021.

*Donna K Gissing* (signature)

DONNA GISSING
SACRAMENTO COUNTY DISTRICT ATTORNEY
(916) 874-6218
Telephone Number

MV

3

*1110562*
1110562

# ARREST REPORT-BLACK INK ONLY
# SACRAMENTO COUNTY

Packet ID: 243728
Arrest Report Number: 21-10808

Arresting Agency: SAC PD
Arresting Type: Fresh
Arrestee: WEBER, MARCUS
XREF: [redacted]

| Charge | CNT | MISD | FEL | WRNT | CRIME TITLE |
|---|---|---|---|---|---|
| HS 11378 | 1 | | X | | Possession For Sale-Controlled Substances Non-Narcotic |
| PC 246.3 | 1 | | X | | Discharge Firearm In Grossly Negligent Manner |
| PC 273A(A) | 1 | | X | | Endangering Life Or Health Of Child |
| PC 29800(A)(1) | 1 | | X | | Possession Of Firearm By A Felon |

BAIL: 150,000
Registry: 10234583
Fingerprint: 5-423892

Last Name: WEBER
First Name: MARCUS
Home Address: [redacted] APT. 8
City: SACRAMENTO
State: CA
Zip: 95819
Place of Birth: SACRAMENTO, CA
DOB: 1995
Sex: M
Race: B
HGT: 509
WGT: 135
Hair: BLK
Eye: BRO

OLN: [redacted]
State: CA

NOK/Parent/Guardian: [redacted] / Girlfriend
Address: [redacted] #8 sacramento ca 95823
Notified: No

Location of Crime: [redacted] #8 sacramento, CA
Date/Time of Crime: 01/12/2021 13:10
Location of Arrest: [redacted] Apt. 8, sacramento, CA
Date/Time Arrested: 01/12/2021 16:00
Date/Time Booked: 1/12/21 2207

Arrestee Sobriety: Sober

I declare the above named person has been arrested and is detained in the Sacramento County Jail. I am informed of and believe the facts below, which establish probable cause to detain this individual. Evidence establishing a crime was committed and the arrested person committed the crime:

[x] Officer stated he/she saw/heard the following:

On 01/12/2021 officers were called to [redacted] Apt #9 regarding a firearm discharge and bullet hole in their wall from the neighboring apartment. Officers responded and contacted residents MARCUS WEBER and K[redacted] H[redacted]. Both occupants were detained due to the likelihood that a firearm was in the residence. It was discovered that a bullet fragment was found in the neighboring apartment which was occupied at the time of the incident. During the investigation, approximately 2 ounces of methamphetamine was located inside the master bedroom of the apartment. The methamphetamine was located on the ground and in a small box. The methamphetamine was easily accessible by any residences including one of WEBER's children which are 8 month old and/or a 3 year old. WEBER also tested presumptive positive for GSR. No firearm was located during the investigation.
WEBER showed a previous felony conviction with the following office:
#BF9382-BF9382. 25400(A)(1) PC-CCW IN VEHICLE. From: SACRAMENTO CO, Court
******* Probable Cause Continues on Next Page. Exceeded 14 Lines *******

JAN 1 3 2021



Page 1 of 2

WEBER_00000153



# SACRAMENTO POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### RELEASED WITH DISTRICT ATTORNEY'S PACKAGE

| GO# SA 2021-10808 OPEN | 1315-25 273A(A)WILLFUL CRUELTY TO CHIL |

## Related Text Page(s)

Document: **01 VICTIM STATEMENT**
Author: **4830 - NOLLETTE, ZACHARY 0861**
Subject: ▮▮▮▮
Related date/time: **Jan-12-2021 (Tue.) 1825**

On 01/12/2021 at approximately 1410 hours I, Ofc Nollette/861, contacted ▮▮▮ ▮▮▮ (DOB: ▮▮▮▮) at ▮▮▮▮▮▮▮▮▮▮ regarding a shooting into an inhabited dwelling call for service. My body worn camera and in car camera were activated and recording. I obtained her statement in summary:

I was in my office inside my apartment, and I was the only one in my apartment. I heard an explosion, but I wasn't sure what it was. I got up to look and I saw the drywall on the ground, but at first I couldn't tell where it was from.

I eventually found a hole in my wall that was not there before behind my bookshelf. I then found a piece of metal on the ground that I assumed was a bullet. I called my mom, who told me to call a family friend, who then told me to call the police, so I called the police.

After I heard the explosion I could hear multiple adult voices coming from apartment #8. I couldn't tell if they were male or female, or how many voices, but they were definitely adult and definitely more than one. I heard the shot at about 1:10 pm, and called the police at 1:49 pm.



# SACRAMENTO POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### RELEASED WITH DISTRICT ATTORNEY'S PACKAGE

GO# SA 2021-10808 OPEN              1315-25 273A(A)WILLFUL CRUELTY TO CHIL.

## Related Text Page(s)

Document: 04 OBSERVATIONS
Author: 4267 - GRAY, BENJAMIN 0704
Subject: WEBER, MARCUS
Related date/time: Jan-13-2021 (Wed.) 629

On 01/12/2021, I (Officer Gray #704) read Marcus Weber his Miranda rights verbatim my department issued Miranda Card (SPD 133). After each right that was read to him, he signified he understood by saying "yes". During the interview, My Body Worn Camera was recording. He stated the following to me in summary under Miranda:

I brought my kids some food. I got them chicken and fish. I came back. I kicked off my shoes and the Police were rushing in. That is it. My car is in the back. It is not my car, it is my girl's car. I do not know why there is a bullet hole. I don't know what happened. I was not even here.


***Captured On Body Worn Camera****

WEBER_00000181