HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARCUS LAWRENCE WEBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:22-cr-00069-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTION; ORDER** |
| MARCUS LAWRENCE WEBER, | |
| Defendant. | RETROACTIVE CRIMINAL HISTORY REDUCTION CASE |
| | Judge: HONORABLE JOHN A. MENDEZ |

Defendant, MARCUS LAWRENCE WEBER, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows given Mr. Weber's current projected release date of May 11, 2027:

/ / /

/ / /

/ / /

/ / /

/ / /

    1.    Mr. Weber filed a *pro se* motion requesting a sentence reduction

Stipulation and Order Re: Briefing Schedule    1

under 18 U.S.C. § 3582(c)(2) and Amendment 821. Docket No. 42.

2. Defense counsel has been in contact with Mr. Weber and is awaiting correspondence from him;

3. In light of defense counsel's request for additional time, the parties agree to the following briefing schedule:

    a. Defense supplemental motion to be filed on or before February 18, 2025;

    b. The government's response to the motion to be filed on or before March 20, 2025; and

    c. Mr. Weber's reply, if any, may be filed on or before 15 days from the filing of the government's response.

Respectfully submitted,

Dated: January 15, 2025       Dated: January 15, 2025

MICHELE BECKWITH       HEATHER E. WILLIAMS
Acting United States Attorney    Federal Defender

/s/ *Shelley D. Weber*         /s/ *David M. Porter*
SHELLEY D. WEGER        DAVID M. PORTER
Assistant U.S. Attorney        Assistant Federal Defender

Attorney for Plaintiff          Attorney for Defendant
UNITED STATES OF AMERICA  MARCUS LAWRENCE WEBER

# ORDER

Pursuant to the stipulation, and good cause appearing therefor,

Defendant's supplemental motion to be filed on or before **February 18, 2025**;

The government's response to the motion to be filed on or before **March 20, 2025**; and,

Mr. Weber's reply, if any, may be filed on or before **15 days** from the filing of the government's response.

**IT IS SO ORDERED.**

Dated: January 15, 2025         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE