HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARCUS LAWRENCE WEBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS LAWRENCE WEBER,<br><br>Defendant. | No. 2:22-cr-00069-JAM<br><br>**UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE REPLY; ORDER**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable JOHN A. MENDEZ |

On March 20, 2025, the government filed its opposition to Mr. Weber's motion to reduce his sentence. ECF 50. Mr. Weber's reply is currently due June 3, 2025. Because of delays encountered in communicating with Mr. Weber, the undersigned requests a 30-extension of time to file the reply to the government's opposition.

This is the third request for extension, two previous requests for thirty days each having been granted. It is not being interposed to unduly prolong the proceedings, gain an unfair advantage, or any other improper purpose. Assistant U.S. Attorney Shelley D. Weger graciously indicated the government "will not oppose the request." Accordingly, we request the Court enter the order lodged herewith extending the deadline for the reply to July 3, 2025.

1  Respectfully submitted,
2  Dated:   June 4, 2025

3                                          HEATHER E. WILLIAMS
                                           Federal Defender
4

5                                            /s/ *David M. Porter*
                                           DAVID M. PORTER
6                                          Assistant Federal Defender

7                                          Attorney for Defendant
                                           MARCUS LAWRENCE WEBER
8

# ORDER

Pursuant to the unopposed request of defendant, and good cause appearing therefor, the request is **GRANTED**.  Mr. Weber may file any reply to the government's response on or before **July 03, 2025**.

Dated: June 04, 2025             /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE