HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARCUS LAWRENCE WEBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS LAWRENCE WEBER,<br><br>Defendant. | No. 2:22-cr-00069-JAM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable JOHN A. MENDEZ |

Pursuant to this Court's order of June 4, 2025 (ECF No. 56), Mr. Weber's reply to the government's opposition to his motion to reduce sentence is due July 3, 2025. Counsel for Mr. Weber has encountered unexpected delays in communicating with Mr. Weber because he is temporarily out of the Bureau of Prison's custody on writ. Accordingly, the parties stipulate to extending the time

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulated and Order

1

file the reply to August 29, 2025, and request the Court enter the order lodged

herewith.

Respectfully submitted,

Dated:  July 3, 2025                          Dated:   July 3, 2025

MICHELE BECKWITH                    HEATHER E. WILLIAMS
Acting United States Attorney           Federal Defender

 /s/  *Shelley D. Weger*                      /s/ *David M. Porter*
SHELLEY D. WEGER                     DAVID M. PORTER
Assistant U.S. Attorney                   Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA     MARCUS LAWRENCE WEBER

Stipulated and Order

1

## ORDER

2       The parties' stipulation is hereby **GRANTED**.  Defendant's reply, if any,

3   shall be filed on or before **August 29, 2025**.

4

5    Dated: July 03, 2025                    /s/ John A. Mendez

6                                            THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated and Order