HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
MARCUS LAWRENCE WEBER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00069-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER WITHDRAWING FEDERAL DEFENDER AND APPOINTING AD HOC CJA COUNSEL** |
| MARCUS LAWRENCE WEBER, | |
| Defendant. | |

On Defendant's motion and consent, good cause appearing therefor and for consistency of representation,

IT IS HEREBY ORDERED, effective September 1, 2025, the Federal Defender Office is **WITHDRAWN** as counsel, and David M. Porter is **APPOINTED** as *ad hoc* CJA counsel pursuant to 18 U.S.C. § 3600A(b) and Eastern District of California CJA Plan, Gen. Ord. 671, § XI.C.

September 08, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE